JAMES D. BERKLEY (SBN 347919), jdb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorney for Cognosphere Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re DMCA Subpoena to Discord Inc. | MISC. CASE NO. 3:24-mc-80069 |
|---|---|
| | **DECLARATION OF JAMES D. BERKLEY IN SUPPORT OF DMCA SUBPOENA TO DISCORD INC. PURSUANT TO 17 U.S.C. § 512(H)** |

I, James D. Berkley, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and before this Court. I am employed as Special Counsel at the law firm Mitchell Silberberg & Knupp, LLP ("MSK"). MSK is counsel for Cognosphere Pte. Ltd. ("Cognosphere"). Among other things, Cognosphere is the exclusive licensee in the United States and other territories of copyright in and to the popular video game *Honkai: Star Rail,* including without limitation artwork, gameplay, and audiovisual content associated therewith. MSK is authorized to act on Cognosphere's behalf in the protection of copyrights and/or exclusive rights possessed by Cognosphere pertaining to *Honkai: Star Rail.*

2. Cognosphere is requesting the attached proposed subpoena that would order Discord Inc. to disclose the identity, including the name(s), address(es), telephone number(s), and e-mail addresses(es) of the user employing the account name **"Hiro"** a/k/a **"hiro_69"** in

1  connection with a Discord server titled "Hiro's basement" (the "Hiro's Basement Server").  The
2  purpose for which this subpoena is sought is to obtain the identity of the user operating the
3  Discord account who has posted the content infringing *Honkai: Star Rail* on the Hiro's Basement
4  Server.

5        3.       The information obtained will be used only for the purposes of protecting the rights
6  granted to Cognosphere under the Copyright Act.

7        4.       Under 17 U.S.C. § 512(c)(3)(A), Cognosphere submitted a takedown notice to
8  Discord identifying the infringing content posted by the infringing user on the Hiro's Basement
9  Server and providing the information required by 17 U.S.C. § 512(c)(3)(A).  A true and accurate
10  copy of the submitted notification is attached hereto as Exhibit 1.

11        I declare under penalty of perjury under the laws of the United States of America that the
12  foregoing is true and correct to the best of my knowledge, information and belief.

13        Executed in Los Angeles, California on March 25, 2024.

15                    /s/ James D. Berkley
                         James D. Berkley

# EXHIBIT 1



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

James D. Berkley
Attorney-at-Law
(310) 312-3717 Phone
jdb@msk.com

March 25, 2024

**VIA E-MAIL ONLY (COPYRIGHT@DISCORD.COM)**

Copyright Agent
Discord Inc.
Attention: DMCA Takedown Request
444 De Haro Street #200
San Francisco, CA 94107

Re:     Notice of Infringement Submitted Pursuant to 17 U.S.C. Section 512

To Whom It May Concern:

I submit to you the following statement pursuant to section 512 of Title 17 of the U.S. Code and inform you that Mitchell Silberberg & Knupp LLP is authorized to act on behalf of Cognosphere Pte. Ltd. ("Cognosphere"). Cognosphere is the owner of exclusive rights in and to the highly popular video game titled *Honkai: Star Rail* (the "Game").

It has come to our attention that numerous visual materials infringing Cognosphere's copyrighted Game, including content unreleased to the public at the time posting, are being made available by the user "Hiro" a/k/a "hiro_69" (hereinafter "HIRO") in the Discord server named "Hiro's basement", available at https://discord.gg/hiro-s-basement-1156629341300588554 (the "Infringing Server"). Examples of posts by HIRO containing unauthorized copies of images, artwork, screen captures and/or related content from the Game are documented in the attached **Exhibit A**, and can be found (without limitation) at URLs including the following:

- https://discord.com/channels/1156629341300588554/1156641169627938916/1209562947354103848

- https://discord.com/channels/1156629341300588554/1156641169627938916/1209563210907385917

- https://discord.com/channels/1156629341300588554/1156641169627938916/1209563810398994544

- https://discord.com/channels/1156629341300588554/1156641169627938916/1209564035607961620

- https://discord.com/channels/1156629341300588554/1156641169627938916/1209564291607429140

We request that Discord take expeditious action to remove or disable access to all copyrighted materials concerning the Game on the Infringing Server, including those posts identified in the

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone: (310) 312-2000 Fax: (310) 312-3100 Website: WWW.MSK.COM

16377880.1



Copyright Agent
March 25, 2024
Page 2

attached Exhibit A. Alternatively, we request that Discord remove or disable the Infringing Server for violation of Discord's Terms of Service.

Additionally, we request that Discord take appropriate measures to prevent further infringements by HIRO and any other parties responsible for the infringement, including pursuant to any "repeat infringer" policies maintained by Discord.

I hereby state that I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. Additionally, I hereby state that the information in this notification is accurate, and under penalty of perjury, that I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is being infringed.

We appreciate your cooperation in this matter.

All of our client's rights are expressly reserved.

Very truly yours,

James D. Berkley
Attorney-at-Law for
MITCHELL SILBERBERG & KNUPP LLP

JDB/jdb
Attachment

16377880.1



Copyright Agent
March 25, 2024
Page 3

# EXBHIBIT A

Examples of posts by "Hiro" a/k/a "hiro_69":

https://discord.com/channels/1156629341300588554/1156641169627938916/1209562947354103848



https://discord.com/channels/1156629341300588554/1156641169627938916/1209563210907385917

16377880.1



Copyright Agent
March 25, 2024
Page 4

https://discord.com/channels/1156629341300588554/1156641169627938916/1209563810398994544



https://discord.com/channels/1156629341300588554/1156641169627938916/1209564035607961620



16377880.1



Copyright Agent
March 25, 2024
Page 5

https://discord.com/channels/1156629341300588554/1156641169627938916/1209564291607429140



16377880.1